# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, <br><br> Plaintiff, <br><br> v. <br><br> BASSEM R. SIRHED, et al., <br><br> Defendants. | Case No. 21-cv-06163-SVK <br><br> **ORDER TO SHOW CAUSE RE SETTLEMENT** <br><br> Re: Dkt. No. 24 |

The Parties report that this case has settled.

By **April 19, 2022**, the Parties shall file either a stipulation of dismissal or a statement in response to this Order describing with *specificity* (1) the Parties' efforts to finalize settlement within the time provided, and (2) whether additional time is necessary, the reasons therefor, and the *minimum* amount of time required to finalize the settlement and file the dismissal. If a dismissal is not filed by the specified date, then the Parties shall appear on **April 26, 2022, at 1:30 p.m.** and show cause, if any, why the case should not be dismissed.

If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the Parties need not file a statement in response to this Order.

**SO ORDERED.** Dated: February 11, 2022

SUSAN VAN KEULEN
United States Magistrate Judge